IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BARBARA G. LUCAS                                                                    PLAINTIFF

v.                                        CIVIL NO. 05-3043

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                      DEFENDANT

## MEMORANDUM OPINION

Plaintiff Barbara G. Lucas filed this action on August 10, 2005, seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) pursuant to 42 U.S.C. § 405(g). (Doc. # 1). Instead of answering the complaint, on October 17, 2005, defendant filed a motion requesting plaintiff's case be remanded for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. # 6). Defendant states in her motion, that the ALJ will solicit the cooperation of plaintiff's counsel in reconstructing the missing Exhibits. The ALJ will also be directed to offer the claimant an opportunity for further hearing and will then issue a new decision. On November 4, 2005, plaintiff's counsel filed a response objecting to the motion. (Doc. # 3).

Pursuant to sentence six of 42 U.S.C. § 405(g), a district court may remand a social security case when the Commissioner, for good cause, requests remand to take further administrative action before filing an answer to the complaint. 42 U.S.C. §405(g); *Shalala v. Schaefer,* 509 U.S. 292, 113 S.Ct. 2625 (1993). In the present case, an answer has not been filed and we find good cause exists to support defendant's request for remand.

Based on the foregoing, we hereby grant defendant's motion and remand this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g)

DATED this 31st day of January 2006

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)